AO 91 (Rev. 11/82)

**ORIGINAL CRIMINAL COMPLAINT**

FILED CLERK, U.S. DISTRICT COURT
FEB 6 2018
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>GEORGE GLASS,<br>Defendant. | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>18-MJ-0270 |

Complaint for violation of Title 18, United States Code, Section 922(g)(1)

| NAME OF MAGISTRATE JUDGE<br>HONORABLE LOUISE A. LAMOTHE | UNITED STATES MAGISTRATE JUDGE | LOCATION<br>Santa Barbara, California |
|---|---|---|
| DATE OF OFFENSE<br>January 22, 2018 | PLACE OF OFFENSE<br>Ventura County | ADDRESS OF ACCUSED (IF KNOWN) |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

[18 U.S.C. § 922(g)(1): Felon in Possession of Firearm and Ammunition]

On or about January 22, 2018, in Ventura County, within the Central District of California, defendant GEORGE GLASS ("GLASS") knowingly possessed a firearm, namely, a Ruger model P95 9mm semiautomatic pistol, and ammunition, namely, thirty-five rounds of 9mm ammunition, in and affecting interstate and foreign commerce. Such possession occurred after defendant GLASS had been convicted of felony crimes punishable by a term of imprisonment exceeding one year, as described in the attached affidavit.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE: N/A

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>William B. Rose /s/ William B. Rose<br>OFFICIAL TITLE<br>Special Agent, Federal Bureau of Investigation |
|---|---|

Sworn to before me and subscribed in my presence,

SIGNATURE OF MAGISTRATE JUDGE /s/ Louise A. Lamothe

DATE February 6, 2018

(1) See Federal Rules of Criminal Procedure 3 and 54

AUSA S. Wesley Gorman x.2589 /s/ S. Wesley Gorman

**AFFIDAVIT**

I, William B. Rose, being duly sworn, declare and state as follows:

### I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint against and arrest warrant for GEORGE GLASS ("GLASS") for a violation of Title 18, United States Code, Section 922(g)(1) (felon in possession of a firearm and ammunition).

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### II. BACKGROUND FOR AGENT WILLIAM B. ROSE

3. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") and have been so employed for approximately 18 years. Currently, I am assigned to investigate criminal street gangs in the Central District of California, and in this position I have participated in gang-focused enforcement efforts involving federal and local law enforcement. Throughout my 18 years as a SA, I have investigated criminal street gangs, illegal activity involving firearms, and drug trafficking. I am familiar with the ways in which people who are prohibited from

possessing firearms acquire, possess, and conceal firearms, and with the ways in which people who traffic in illegal drugs use firearms to safeguard their drugs and money and facilitate their trafficking.

### III. SUMMARY OF PROBABLE CAUSE

4.   GLASS, a felon, is presently on Post-Release Community Supervision ("PRCS") from one of his prior convictions.  Under the terms of his PRCS, he must submit to a search of his person and property at any time by any law enforcement officer.  Oxnard Police Department ("OPD") Officers Gormley and Smith searched GLASS on January 22, 2018, after he emerged from an apartment complex in Oxnard displaying a known gang tattoo, could not explain why he was at the apartment, and appeared to be thinking about fleeing.  Officers confirmed GLASS's PRCS status and then found in GLASS's pants waistband a Ruger P95 semi-automatic 9mm pistol, and collected from the ground next to GLASS a high-capacity magazine with 35 rounds of 9mm ammunition.

### IV. STATEMENT OF PROBABLE CAUSE

5.   Based on my review of OPD arrest and evidence reports, my review of the evidence and OPD body-camera footage, and my conversations with other law enforcement officers who were involved in this investigation, I learned the following:

**A.   GLASS is arrested with a firearm and ammunition**

6.   On or about January 22, 2018, Oxnard Police Department ("OPD") Officers Gormley and Smith were working patrol at the Gateway apartment complex located at 1719 South Oxnard Boulevard, in Oxnard, California (the "apartment complex").  The

manager of the apartment complex had complained to the OPD about trespassing, drug dealing, and other criminal activity frequently occurring at the apartment complex, and she had authorized in writing the OPD to remove any person from the apartment complex who had no right to be there.

7.   At approximately 12:00 a.m., OPD Officers Gormley and Smith saw two males exit the front doors of the apartment complex.  These individuals were later identified as Christopher Andrade ("Andrade") and GLASS.[1]  When GLASS saw the OPD Officers, he took a step back and began to look around, which in OPD Officer Gormley's view made it appear as if GLASS might run.

8.   Officer Gormley asked Andrade and GLASS why they were at the apartments.  Neither Andrade nor GLASS would answer.

9.   Officer Gormley noticed that GLASS had the letters "CO" tattooed on his neck, and Andrade was wearing a Dallas Cowboys baseball hat and had a five-point Dallas Cowboys star tattoo on his right hand.  OPD Officer Gormley knew from training and experience that Dallas Cowboys clothing, the Dallas Cowboys star tattoo, and the letters "CO" were symbols indicating membership in the Colonia Chiques gang. Additionally, OPD Officer Gormley noticed that Aldrade and GLASS were wearing baggy clothing, which in his experience can be used to conceal the possession of firearms.

---

[1] Andrade was identified when he provided his California driver's license.  GLASS was identified by providing his name and date of birth, which were later confirmed during the booking process.

10.  Officer Gormley instructed Andrade and GLASS to sit down because they were unable to explain why they were at the apartment.  GLASS told Officer Gormley he was not on probation and had been released a few days ago for a violation.

11.  Officer Gormley asked his dispatch to run the names of Andrade and GLASS in order to learn whether they had any warrants or probation or parole conditions (dispatch generally runs names in the National Crime Information Center, the California Law Enforcement Telecommunication System, and a local Ventura County Probation system).  Dispatch responded that Andrade was on parole with the California Department of Corrections, and GLASS was on PRCS with the County of Ventura.  Dispatch reported that GLASS's PRCS included search terms and a restriction on the possession of firearms.

12.  Officer Gormley asked GLASS if he had anything on his person that would get him in trouble, or if he had any weapons.  GLASS replied "No".  Officer Gormley firmly held GLASS's wrist and instructed GLASS to stand up.  When GLASS stood up OPD Officer Gormley heard something that sounded like metal hit the ground.  OPD Officer Smith saw, on the ground underneath GLASS, a high capacity pistol magazine that had not been there before.  Officer Gormley placed handcuffs on GLASS.

13.  Officer Gormley then asked GLASS if he had a gun on his person.  Officer Gormley told GLASS he did not want a gun to go off accidently as he searched GLASS.  GLASS said that nothing would go off.  Officer Smith searched GLASS and removed from

GLASS's waistband an unloaded Ruger P95 .9 mm semi-automatic pistol, bearing serial number 31695679.

14. Officer Smith rendered the semiautomatic pistol safe and retrieved the Pro Mag high capacity magazine, which contained 35 rounds of 9mm ammunition, from the ground next to GLASS. Later, six of the rounds were identified as Luger SIG (Sig Sauer), six of the rounds were identified as Luger GFL (Fiocchi), twenty of the rounds were identified as 9mm D (Denel), and three of the rounds were identified as Luger FC (Federal Cartridge).

15. I later contacted the Ventura County probation office to further confirm the terms of GLASS's PRCS. They sent me a document containing GLASS's PRCS conditions. Those conditions included:

    a. "You and your residence and any other property under your control may be searched without a warrant day or night by an agent of the supervising county or any peace officer or law enforcement officer."

    b. "You shall not own, use, have access to, or have under your control: any type of firearm . . . or any ammunition which could be used in a firearm."

    c. "You shall not own, possess, or have immediate access to any firearm, ammunition, dangerous weapons, oleocapsicum pepper spray, or tear gas."

    d. "You shall consent to a search of person, vehicle, residence, business, or any other personal or real property under the defendant's control at any time by any law

enforcement officer or probation officer, with or without a search warrant, warrant of arrest, or reasonable cause, to determine the presence of any of the items prohibited under these terms, or evidence of any of the behaviors prohibited under these terms."

    e.   "You shall not belong to or associate with members of any tagging groups, gangs, or crew."

### B. Interstate Nexus

16. On January 31, 2018, I emailed ATF SA Bryan Traverso, who is an expert in determining the origin of firearms and ammunition. I provided SA Traverso with a description and photographs of the Ruger, model P95, 9mm semiautomatic pistol, bearing serial number 316925679, and the 35 rounds of 9mm ammunition that were seized on January 22, 2018. Based on the descriptions and photographs, SA Traverso determined that the firearm and all of the ammunition must have traveled in interstate or foreign commerce in order to have been recovered in California.

17. According to the ATF expert: the firearm was manufactured in Prescott, Arizona; the six rounds of Sig Sauer ammunition were manufactured in either Eubank, Kentucky, or Jacksonville, Arkansas; the six rounds of Fiocchi ammunition were manufactured in Lecco, Italy; the twenty rounds of Denel ammunition were manufactured in South Africa; and the three rounds of Federal Cartridge ammunition were manufactured in Anoka, Minnesota.

**C. GLASS's Criminal History**

18. On January 22, 2018, I reviewed a California Law Enforcement Telecommunications System ("CLETS") criminal history report and a Los Angeles County Consolidated Criminal History Report System ("CCHRS") criminal history transcript for GLASS. On January 30, 2018, I went to the Superior Court of California County of Ventura Records and received certified copies of the minute orders of GLASS's three felony convictions in 2012, 2015, and 2016. Based on my review of these databases and records, I am aware of the following:

    a. On or about May 7, 2012, GLASS was convicted of Unlawful Driving or Taking of A Vehicle, in violation of California Vehicle Code Section 10851(a), in the Superior Court of the State of California, County of Ventura, in case number 2012014526.

    b. On or about October 27, 2015, GLASS was convicted of Carrying a Concealed Dagger, in violation of California Penal Code Section 21310, in the Superior Court of the State of California, County of Ventura, in case number 2015024550.

    c. On or about August 4, 2016, GLASS was convicted of Unlawful Driving or Taking of A Vehicle, in violation of California Vehicle Code 10851(a), and Evading a Peace Officer, in violation of California Vehicle Code 2800.2(a), in the Superior Court of the State of California, County of Ventura, in case number 2016017742.

\\

\\

## V. CONCLUSION

19. For all the reasons described above, there is probable cause to believe that GLASS violated Title 18, United States Code, Section 922(g)(1) (felon in possession of a firearm and ammunition).

William B. Rose,
Special Agent
Federal Bureau of
Investigation

Subscribed to and sworn before me this 6th day of February 2018.

HONORABLE LOUISE A. LAMOTHE
UNITED STATES MAGISTRATE JUDGE