UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2018 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>          v.<br><br>GEORGE BRANDON GLASS,<br><br>    Defendant. | CR 18 00085-SJO<br><br>**I N D I C T M E N T**<br><br>[18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition] |

The Grand Jury charges:

[18 U.S.C. § 922(g)(1)]

On or about January 22, 2018, in Ventura County, within the Central District of California, defendant GEORGE BRANDON GLASS ("GLASS") knowingly possessed a firearm, namely, a Ruger model P95, 9mm semiautomatic pistol, bearing serial number 316-95679, and ammunition, namely, approximately six rounds of Sig Sauer 9mm ammunition, six rounds of Fiocchi 9mm ammunition, twenty rounds of Denel 9mm ammunition, and three rounds of Federal Cartridge 9mm ammunition, in and affecting interstate and foreign commerce.

Such possession occurred after defendant GLASS had been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

(1) Carrying a Concealed Dagger, in violation of California Penal Code Section 21310, in the Superior Court of the State of California, County of Ventura, case number 2012035091, on or about October 19, 2012;

(2) Unlawful Driving or Taking of a Vehicle, in violation of California Vehicle Code Section 10851(a), in the Superior Court of the State of California, County of Ventura, case number 2012014526, on or about May 7, 2012;

(3) Carrying a Concealed Dagger, in violation of California Penal Code Section 21310, in the Superior Court of the State of California, County of Ventura, case number 2015024550, on or about October 27, 2015; and

(4) Unlawful Driving or Taking of a Vehicle, in violation of California Vehicle Code 10851(a), and Evading a Peace Officer, in

\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\

violation of California Vehicle Code 2800.2(a), in the Superior Court of the State of California, County of Ventura, case number 2016017742, on or about August 4, 2016.

A TRUE BILL

_____
Foreperson

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

*[signature]*

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

CHRISTINA T. SHAY
Assistant United States Attorney
Deputy Chief, General Crimes Section

S. WESLEY GORMAN
Assistant United States Attorney
General Crimes Section