

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:18-CR-00085-JLS |
|---|---|
| Plaintiff, | ) ORDER OF DETENTION AFTER ) HEARING [Fed. R. Crim. P. 32.1(a)(6);18 |
| v. | ) U.S.C. § 3143(a)] |
| GEORGE BRANDON GLASS, | ) |
| Defendant. | ) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of supervision; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: *nature of current allegations, including alleged illegal drug possession, failure to report to a treatment program designated by Probation, and absconding; prior violations; significant prior criminal history*

1    and

2  B. ( X ) The defendant has not met defendant's burden of establishing by clear and
3      convincing evidence that he is not likely to pose a danger to the safety of any other
4      person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is
5      based on: *nature of current allegations, including alleged illegal drug possession, failure to report*
6      *to a treatment program designated by Probation, and absconding; prior violations; significant prior*
7      *criminal history*

9      IT THEREFORE IS ORDERED that the defendant be detained pending further
10   revocation proceedings.

12   Dated:  2-2-24

JOHN D. EARLY
United States Magistrate Judge

2